UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OLIVIA N ZAMORA,

Plaintiff,

v.

NORTHWEST KIDNEY CENTERS,

Defendant.

CASE NO. **2:26-cv-03664-JHC**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1**

The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt. 1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 29th day of September, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge